IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02112-RPM-BNB

LAWRENCE ORTIZ,

    Plaintiff,

v.

INVESTMENT RETRIEVERS, INC.,

    Defendant.
_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal [23], filed on July 15, 2008, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

    DATED: July 16th , 2008

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge